925 P.2d 375

# SUPREME COURT OF HAWAI'I

**Order No. 13**
**September 10, 1996**

| | | |
|---|---|---|
| 16042 | Shaw v. State | Affirmed |
| 16727 | Wiggin v. State | Affirmed |
| 16994 | Wiggin v. State | Affirmed |
| 17055 | State v. Griffin | Vacate and remand consistant with *Hicks,* 71 Haw. 564, 798 P.2d 906 (1990) |
| 17796 | Goebel v. Fujimori | Affirmed |
| 18251 | Ahana v. The American Ins. Co. | Vacate and remand consistent with *Hawai'i Laborers' Trust Funds,* 81 Hawai'i 487, 918 P.2d 1143 (1996) |
| 18378 | State v. Varner | Affirmed |
| 18489 | Hawai'i Carpenters Trust Fund, In re | Vacate and remand consistant with *Hawai'i Laborers' Trust Funds,* 81 Hawai'i 487, 918 P.2d 1143 (1996) |
| 18519 | Hawai'i Carpenters Trust Fund, In re | Vacate and remand consistant with *Hawai'i Trust Funds,* 81 Hawai'i 487, 918 P.2d 1143 (1996) |
| 18798 | State v. Williams | Affirmed |
| 18968 | Martinez v. State | Affirmed |
| 19000 | State v. Ho | Affirmed |
| 19244 | State v. Oliviera | Affirmed |
| 19506 | State v. Ketchmark | Affirmed |
| 19519 | State v. Feliciano | Affirmed |